UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARON DOUGLASS CASTLIN,<br><br>             Petitioner,<br><br>       v.<br><br>GREG LEWIS,<br><br>             Respondent. | CASE NO. CV 11-8636-DSF (PJW)<br>CASE NO. CV 12-269-DSF (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 3/5/14.

*Dale S. Fischer*

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Castlin Judgment.wpd